AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT I. SULLIVAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00226 HG-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| GLEN HISASHIMA, JAMES WEATHERFORD | October 6, 2004<br>At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed without prejudice pursuant to the "Order Dismissing Action" filed on September 1, 2004.

cc: All parties

| October 6, 2004 | WALTER A.Y.H. CHINN |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |